# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158877

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 158877
COA: 344586
Wayne CC: 08-000842-FH

HABIB KHUDAIR-ABBAS AL-ADILY, a/k/a
HABIB KHUDAIR-ABBAS AL-ADILLY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 29, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk

s0122